UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Jimena ROSA,<br><br><br>　　　　　　Defendant. | Magistrate Docket No. **21-MJ-5026**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(ii) and (v)(I)<br>Conspiracy to Transport Illegal Aliens<br><br>Title 18, USC 111(a)(1) and (b) Assault on a Federal Officer (Felony) |

The undersigned complainant being, duly sworn, states:

Count One

On or about December 23, 2021, within the Southern District of California, defendant Jimena Rosa, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens had not received prior official authorization to come to, enter and reside in the United States, did conspire to bring to the United States aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

Count Two

On or about December 23, 2021, within the Southern District of California, defendant Jimena ROSA, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Supervisory Border Patrol Agent Mohammad, in that Defendant assaulted Agent Mohammad while the Agent was engaged in the performance of his official duties, such acts involving use of a dangerous weapon, to wit; defendant used her vehicle to strike Agent Mohammad's vehicle; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON DECEMBER 27, 2021.

_____
*William V. Gallo*
HON. WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jimena ROSA

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On December 23, 2021, Border Patrol Agent A. Feldenzer was conducting line watch operations in the Brown Field Border Patrol Station's area of responsibility when he responded to assist with a vehicle that had failed to yield agents prior attempts to stop it. At approximately 7:52 AM, Border Patrol Agent M. Dupont was assigned to the Brown Field Border Patrol Station's Tactical Operations Center and received a phone call from a concerned citizen who stated that he was a retired Border Patrol Agent. The citizen reported he had witnessed four individuals enter what the citizen thought to be a black Mountaineer at the 10.5-mile marker on Otay Lakes Road. The citizen reported the vehicle proceeded eastbound on Otay Lakes Road. At approximately 7:53 AM, Agent Dupont relayed the information to agents in the field via service radio.

Border Patrol Agent L. Gutierrez was performing assigned duties in the Brown Field Border Patrol station's area of responsibility. Agent Gutierrez was patrolling in a marked agency vehicle with functioning lights and siren. Agent Gutierrez was wearing issued rough duty uniform with all patches and insignias visible. Agent Gutierrez responded to the area previously described and observed a Lincoln Navigator similar to the description given by Agent Dupont. Agent Gutierrez positioned himself behind the Lincoln Navigator and observed the driver, later identified as the defendant, Jimena ROSA, driving erratically by slowing then speeding up and weaving in and out of the westbound lane crossing slightly into oncoming traffic. Agent Gutierrez advised the other agents he believed he had found the vehicle in question and gave them a full description and color to include the license plate number.

Agent Gutierrez initiated a vehicle stop by turning on his vehicle's emergency lights and siren as ROSA turned onto Steele Canyon Road. ROSA failed to yield continuing toward Jamul Drive. ROSA continued to evade Agent Gutierrez by driving erratically, passing through the red lights at the intersections. ROSA continued westbound on State Route 94 weaving through commuter traffic. ROSA approached the Federal Boulevard exit, cutting through traffic, causing commuters to slam on their brakes to avoid a collision. ROSA made a left turn over the bridge on Federal Boulevard, then abruptly turned onto the off ramp of the eastbound lanes of State Route 94 traveling the wrong way against oncoming traffic. The commuter traffic exiting at the same time had to use evasive maneuvers to avoid a head on collision with ROSA. Due to increased risk of public safety, Agent Gutierrez terminated the pursuit by pulling over and deactivating all his emergency equipment. Agent Gutierrez advised agents and Air Operations of ROSA's last known location.

**CONTINUATION OF COMPLAINT:**
Jimena ROSA

At approximately 8:33 AM, Border Patrol Agent E. Mendivil, driving an unmarked agency canine vehicle, located the Lincoln Navigator traveling south on Interstate 805. Border Patrol Agent J. Michael and Supervisory Border Patrol Agent Z. Mohammad responded to the expected route of travel. Both Agents were driving unmarked agency vehicles with lights and sirens operational.

Agents Mohammad, Mendivil, and Michael attempted to stop the Lincoln Navigator near the intersection of East Street and Broadway. To further evade Agents the driver drove over a curb and into a gas station. Agent Mohammad drove to the exit of the gas station to position his vehicle when ROSA, hit the front passenger side of Agent Mohammad's vehicle and drove away. Agent Mohammad began to pursue ROSA, now going northbound on Broadway. Agent Mohammad observed ROSA drive through multiple red lights, weaving in and out of traffic. Just north of 32nd Street, ROSA attempted to make a U-Turn in front of Agent Mohammad when ROSA drove the Lincoln Navigator into the front passenger side of Agent Mohammad's vehicle a second time.

ROSA continued to evade Agents, again traveling the wrong way onto State Route 54 against oncoming traffic. Agent Mohammad terminated the pursuit due to increased risk to public safety and extensive vehicle damage from the impact. A Customs and Border Protection Air and Marine helicopter obtained aerial visual surveillance of the Lincoln Navigator and advised agents of the Navigator's position.

Agent A. Feldenzer and Supervisory Border Patrol Agent Walther were conducting line watch operations in the Brown Field Border Patrol Station's area of responsibility. Agent Feldenzer was in full rough duty uniform with agency patches and badge visible. Agent Feldenzer was driving a marked Border Patrol service vehicle with emergency lights and siren operational. Agent Walter was driving an unmarked agency vehicle with emergency lights and siren operational. Agent Feldenzer proceeded toward the location of the Lincoln Navigator as guided by Customs and Border Protection Air and Marine aerial visual surveillance. Aerial surveillance observed ROSA stop the vehicle and observed four subjects exit the vehicle, then ROSA continued driving west on St. George Street. Agent Feldenzer and Agent Walther pursued until ROSA came to a stop behind a mechanic shop and fled on foot. ROSA ran through the shop and continued running toward Grand Avenue. Agent Feldenzer lost visual of ROSA as she ran through the first building but regained visual when ROSA turned right on Grand Avenue and ran across St. George Street. ROSA ran into a tire shop near the intersection of Grand Avenue

CONTINUATION OF COMPLAINT:
Jimena ROSA

and St. George Street. Agent Feldenzer entered the shop and at approximately 8:56 AM, Agent Feldenzer placed ROSA under arrest.

Executed on December 27, 2021, at 11:45 AM.

Enrique Cadena
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 3 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 23, 2021, in violation of 8 USC 1324(a)(1)(A)(ii) and (v)(I), 18 USC 111(a)(1).

Jill L. Burkhardt
United States Magistrate Judge

12:42 PM, Dec 24, 2021
Date/Time